UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZACHARY STEVENS, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-628 |
| § | |
| GENERAL MOTORS LLC, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING
## PLAINTIFFS' MOTION TO REMAND

The Court, having considered the plaintiffs Motion for Remand (Dkt. No. 6), the evidence, any response by the defendants, and arguments of counsel, concludes that the plaintiffs Motion should be granted. The Court lacks diversity jurisdiction because the DDH Investments of South Texas, Inc. d/b/a Saturn of Houston is an appropriate defendant.

It is therefore ORDERED that Plaintiffs' Motion to Remand this action to the 152nd Judicial District Court of Harris County, Texas is **GRANTED**.

It is so ORDERED.

SIGNED on this 23rd day of April, 2015.

_____
Kenneth M. Hoyt
United States District Judge